# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KENNETH J. FITZPATRICK** *M.D.* : : : | |
| v. : | **CIVIL ACTION NO. 20-4284** |
| : | |
| **CENTER FOR ADVANCED UROLOGY, LLC T/A MIDLANTIC UROLOGY, ET AL.** : : : | |

## ORDER

This 14th day of December, 2020, it is hereby **ORDERED** that Plaintiff's Motion to Sever and Remand certain state law claims to state court (ECF 7) is **GRANTED**.

Counts I-VI of Plaintiff's Complaint, (ECF 1, Ex. A) are hereby **SEVERED** and **REMANDED** forthwith to the Philadelphia Court of Common Pleas for further proceedings.

<u>/s/ Gerald Austin McHugh</u>
United States District Judge